

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00018-CV

_____

IN THE GUARDIANSHIP OF GEORGE P. PIPES

On Appeal from the County Court at Law
Bowie County, Texas
Trial Court No. 10C0603-CCL

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

George P. Pipes, the sole appellant in this case, has filed a motion seeking to dismiss his appeal.   Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, his motion is granted. TEX. R. APP. P. 42.1.

We dismiss the appeal.


Jack Carter
Justice

Date Submitted:    August 2, 2011
Date Decided:      August 3, 2011

2